No. 146. AGHNIDES v. AGHNIDES. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied. *Thomas F. Meehan* for petitioner. *Harold H. Levin* for respondent.

No. 149. WREN v. WASHINGTON. Supreme Court of Washington. Certiorari denied. *Francis L. Bannon* for petitioner. *John J. O'Connell,* Attorney General of Washington, for respondent.

No. 152. SECURITIES AND EXCHANGE COMMISSION v. INSURANCE SECURITIES INC. ET AL. C. A. 9th Cir. Certiorari denied. *Solicitor General Rankin, Thomas G. Meeker* and *Aaron Levy* for petitioner. *Moses Lasky, Philip S. Ehrlich* and *Alfred Jaretzki, Jr.,* for respondents.

No. 154. NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PENNSYLVANIA, v. REPUBLIC OF CHINA ET AL. C. A. 4th Cir. Certiorari denied. *Martin P. Detels, George W. P. Whip, Ezra G. Benedict Fox, Vincent L. Leibell, Jr.* and *Eugene Gressman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States, and *Robert E. Kline, Jr., Ronald A. Capone* and *William A. Grimes* for the Republic of China et al., respondents.

No. 156. SHAYNE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.